UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DARYL A. ZIEMANN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C12-0106-JLR-MAT<br><br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT |

　　Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

　　Defendant shall have up to and including April 25, 2012, to file a response to Plaintiff's Complaint.

　　DATED this 26th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C12-0106-JLR-MAT]

1

2

3  Presented By:

4  s/ Kathryn A. Miller
KATHRYN A. MILLER
5  Special Assistant U.S. Attorney
Office of the General Counsel
6  Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
7  Seattle, WA  98104-7075
Telephone:  (206) 615-2240
8  Fax:  (206) 615-2531
kathryn.a.miller@ssa.gov