UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL A. ZIEMANN, ) | |
| ) | CASE NO. C12-0106-JLR-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of his applications for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 24.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) update the treatment record regarding plaintiff's medical condition(s); (2) articulate how the severity of all medically determinable impairments are evaluated, specifically, plaintiff's alleged impairments of deep

REPORT AND RECOMMENDATION
PAGE -1

vein thrombosis and pulmonary embolus; (3) articulate how plaintiff's credibility is evaluated in light of any new evidence and the step two analysis; (4) expressly evaluate the opinions of Scott Blaker, M.D., and Paul Sarvasy, M.D., providing reasons for accepting or rejecting part or all of these opinions; (5) further consider plaintiff's residual functional capacity in light of the updated record, citing specific evidence in support of any assessed limitations; (6) as appropriate, secure supplemental evidence from a vocational expert to clarify the effects of assessed limitations on plaintiff's occupational base; and (7) evaluate the effect, if any, the subsequent allowance of Title XVI benefits as of June 13, 2011, has on the instant claim. The subsequent allowance of Title XVI benefits based on a finding of disability beginning June 13, 2011 shall not be disturbed upon remand, and accordingly, the ALJ shall consider whether plaintiff was disabled at any time from the prior application date of July 8, 2008 through June 12, 2011. Plaintiff may also present new arguments on remand.

Upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412(d).

Given the above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 28th day of August, 2012.

Mary Alice Theiler
United States Magistrate Judge