FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 29 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL A. ZIEMANN, )
) CASE NO. C12-0106-JLR
Plaintiff, )
)
v. )
) ORDER OF REMAND
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )
_____ )

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 24.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 29th day of August, 2012.

_____
JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1

12-CV-00106-ORD